# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Lucas J. Reinmann                        Cr.: 15-00025-001
                                                                                                                                                                                              PACTS #: 327395

Name of Sentencing Judicial Officer:     THE HONORABLE SUSAN D. WIGENTON
                                                                                 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/02/2015

Original Offense:    Count One: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A)

Original Sentence: 60 months imprisonment, 120 months supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Computer Search, Mental Health Treatment, No Contact with Minors, Polygraph Examination, Sex Offender Registration, Employment Requirements/Restrictions, Computer Monitoring Software, Computer Search for Monitoring Software

Type of Supervision: Supervised Release                        Date Supervision Commenced: 10/30/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Nature of Noncompliance</u>

On January 12, 2021, Reinmann submitted to a polygraph examination with Polygraph Professional Services. The results of the polygraph were "**deception indicated**" to the question, "since your last polygraph, have you had unsupervised contact with minors?" However, after questioning by the probation officer, Reinmann adamantly denied having contact with anyone under the age of 18.

On February 26, 2021, Reinmann submitted to a polygraph examination with Alliance Polygraph. A single-faceted exam was administered which resulted in a "**no deception indicated**" finding for the question, "since your last polygraph, have you had unsupervised contact with minors?"

<u>U.S. Probation Officer Action</u>

Following both polygraph examinations, the undersigned officer questioned Reinmann regarding the results of the test. He adamantly denied having any contact with minors and indicated he was very nervous during the first polygraph with Polygraph Professional Services. He stated he was much more comfortable during his polygraph with Alliance Polygraph. The results of both polygraph examinations were shared with Reinmann's treatment provider.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By: DANA HAFNER
     Senior U.S. Probation Officer

/ dh

APPROVED:

_____    04/26/2021
DONALD L. MARTENZ, JR.            Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

May 14, 2021
Date